# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:24-cv-217-MOC

| | | |
|---|---|---|
| MARLON H. BARTLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN MILLER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court sua sponte.

The pro se Plaintiff filed this action pursuant to 42 U.S.C. § 1983 addressing incidents that allegedly occurred at the Mountain View Correctional Institution, where he was incarcerated at that time. [Doc. 1]. The Plaintiff was instructed that he must keep the Court apprised of his current address at all times by promptly filing a "Notice of Change of Address" with the Court, and that the failure to do so may result in this case's dismissal for lack of prosecution. [See Order of Instructions]. It appears that the Plaintiff has been transferred to the Wake Correctional Center,[1] however, the Plaintiff has not informed the Court of his change of address.

It appears that Plaintiff may have abandoned this action. Plaintiff shall, within **fourteen (14) days** of this Order, update his address of record and inform the Court whether he intends to proceed with this action. Failure to comply with this Order will result in dismissal of this action without prejudice and this case's closure without further notice.

---

[1] This information was gleaned from the North Carolina Department of Adult Corrections' website. See https://webapps.doc.state.nc.us/opi/viewoffender.do?method=view&offenderID=1544664&searchOffenderId=1544664&searchDOBRange=0&listurl=pagelistoffendersearchresults&listpage=1 (last accessed Nov. 20, 2024); Fed. R. Ev. 201.

**IT IS, THEREFORE, ORDERED** that the Plaintiff **shall have fourteen (14) days from the date of this Order** in which to update his address of record and inform the Court whether he intends to proceed with this action. If Plaintiff fails to do so, this case will be dismissed without prejudice and closed without further notice.

The Clerk is respectfully instructed to mail a copy of this Order to the Plaintiff at his address of record, and to him at the Wake CC.

**IT IS SO ORDERED.**

Signed: November 20, 2024

Max O. Cogburn Jr
United States District Judge